UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

|                                          |                                                      |
|------------------------------------------|------------------------------------------------------|
|                                          | CASE NO.                                             |
| Plaintiff(s),                            |                                                      |
| v.                                       | STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS |
| Defendant(s).                            |                                                      |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

**Court Processes:**
☐  Non-binding Arbitration (ADR L.R. 4)
☐  Early Neutral Evaluation (ENE)  (ADR L.R. 5)
☐  Mediation (ADR L.R. 6)

*(Note: Parties who believe that an early settlement conference with a Magistrate Judge is appreciably more likely to meet their needs than any other form of ADR, must participate in an ADR phone conference and may not file this form. They must instead file a Notice of Need for ADR Phone Conference. See Civil Local Rule 16-8 and ADR L.R. 3-5)*

**Private Process:**
☐  Private ADR (*please identify process and provider*)  _____

_____

The parties agree to hold the ADR session by:
☐  the presumptive deadline *(The deadline is 90 days from the date of the order referring the case to an ADR process unless otherwise ordered.)*

☐  other requested deadline  _____


Dated:_____                          _____
                                           Attorney for Plaintiff

Dated:_____                          _____
                                           Attorney for Defendant

**[PROPOSED]** ORDER

    Pursuant to the Stipulation above, the captioned matter is hereby referred to:
- ☐ Non-binding Arbitration
- ☐ Early Neutral Evaluation (ENE)
- ☐ Mediation
- ☐ Private ADR

    Deadline for ADR session
- ☐ 90 days from the date of this order.
- ☐ other  _____

IT IS SO ORDERED.

Dated:_____          _____
                                                  UNITED STATES          JUDGE

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

On **August 17, 2010**, I served the foregoing document, described as**:**

**STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS**

on each interested party in this action, as follows:

Marc A. Fisher
Stephen C. Ruehmann
**FISHER & RUEHMANN, LLP**
9580 Oak Avenue Parkway, Suite 15
Folsom, CA 95630

Tel. (916) 988-8001
Fax (916) 988-8002

*Attorneys for Plaintiff*

☒ (BY MAIL)  I placed a true copy (or original) of the foregoing document in a sealed envelope addressed to each interested party as set forth above.  I placed each such envelope, with postage thereon fully prepaid, for collection and mailing at Bryan Cave LLP, Santa Monica, California.  I am readily familiar with Bryan Cave LLP's practice for collection and processing of correspondence for mailing with the United States Postal Service.  Under that practice, the correspondence would be deposited in the United States Postal Service on that same day in the ordinary course of business.

Executed on **August 17, 2010**, at Santa Monica, California.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

*/s/ Tanisha Abrams*
Tanisha Abrams