1

2                                                      **E-Filed 1/13/2011**

3

4

5

6

7

8

9

10                      **UNITED STATES DISTRICT COURT**

11                      **NORTHERN DISTRICT OF CALIFORNIA**

12

13   ROSIE LUCIW,                          Case No. CV10-02779-JF

14              Plaintiff,                  [PROPOSED] ORDER GRANTING
                                            CONTINUANCE OF (1) JANUARY 14,
15         vs.                              2011 CASE MANAGEMENT
                                            CONFERENCE AND (2) DEADLINE
16   BANK OF AMERICA, N.A.; BAC HOME        TO CONDUCT MEDIATION
     LOANS SERVICING, LP; AND DOES 1 -
17   100, inclusive,

18              Defendants.

19

20

21

22

23

24

25

26

27

28

819723

[PROPOSED] ORDER GRANTING CONTINUANCE OF (1) CASE MANAGEMENT CONFERENCE AND (2)
DEADLINE TO CONDUCT MEDIATION

1    PURSUANT TO STIPULATION, IT IS ORDERED THAT:

2    1)    The January 14, 2011 Case Management Conference is continued to

3  February 4, 2011 at __9:00 a.m.__ ;

4    2)    The parties shall complete mediation on or before __April 1, 2011__ .

5    IT IS SO ORDERED.

6

7  Dated: __January 13, 2011__                        _____

8                                                      United States District Court Judge

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

[PROPOSED] ORDER APPROVING STIPULATION RE CONTINUANCE OF (1) CASE MANAGEMENT
CONFERENCE AND (2) DEADLINE TO CONDUCT MEDIATION

**PROOF OF SERVICE**

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action. My business address is Bryan Cave LLP, 120 Broadway, Suite 300, Santa Monica, CA 90401.

On **January 11, 2011**, I served the foregoing document, described as **[PROPOSED] ORDER APPROVING STIPULATION RE CONTINUANCE OF (1) JANUARY 14, 2011 CASE MANAGEMENT CONFERENCE AND (2) DEADLINE TO CONDUCT MEDIATION,** on each interested party in this action, as follows:

Stephen C. Ruehmann
**RUEHMANN LAW FIRM, PC**
9580 Oak Avenue Parkway, Suite 15
Folsom, CA 95630

Tel. (916) 988-8001
Fax (916) 988-8002

*Attorneys for Plaintiff*

☒ (**VIA ELECTRONIC SERVICE**): The document was served via The United States District Court –Central District's CM/ECF electronic transfer system which generates a Notice of Electronic Filing (NEF) upon the parties, the assigned judge and any registered user in the case. Each transmission was reported as complete and without error.

Executed on **January 11, 2011**, at Santa Monica, California.

☒ (FEDERAL ONLY) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

_____
Alexa Kim

[PROPOSED] ORDER GRANTING CONTINUANCE OF (1) CASE MANAGEMENT CONFERENCE AND (2) DEADLINE TO CONDUCT MEDIATION