Stephen C. Ruehmann, Esq. (167533)
**RUEHMANN LAW FIRM, P.C.**
9580 Oak Avenue Parkway, Suite 15
Folsom, CA 95630
Tel (916) 988-8001
Fax (916) 988-8002

Attorney for Plaintiff
ROSIE LUCIW

# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROSIE LUCIW, <br><br>              Plaintiff, <br><br> vs. <br><br> BANK OF AMERICA, N.A; BAC HOME LOANS SERVICING, LP; AND DOES 1-100, inclusive, <br><br>              Defendants. | Case No.: CV10-02779 JF/HRL <br><br> **REQUEST FOR VOLUNTARY DISMISSAL AND [PROPOSED] ORDER** |

**NOTICE IS HEREBY GIVEN** that pursuant to FRCP 41(a), Plaintiff voluntarily dismisses the above-captioned action without prejudice.

Dated:  February 25, 2011              /S/_Stephen C.Ruehmann____
                                                        Stephen C. Ruehmann
                                                        Attorney for Plaintiff

**ORDER GRANTING DISMISSAL**

IT IS SO ORDERED.

Dated: 3/1/11

_____
~~HOWARD R. LLOYD~~ JEREMY FOGEL
UNITED STATES ~~MAGISTRATE~~ JUDGE
DISTRICT